IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

ROBERT DOUGLAS BLACK,

    Movant,

v.                                          CIVIL ACTION NO. 3:18-1255
                                            Criminal Action No. 3:16-00201

UNITED STATES OF AMERICA,

    Respondent.

**MEMORANDUM OPINION AND ORDER**

    This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 44) and remove this matter from the Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

    Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 44) and **REMOVES** this matter from the Court's docket, consistent with the findings and recommendations.

    The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                                 ENTER:      July 2, 2019

                                                               ROBERT C. CHAMBERS
                                                              UNITED STATES DISTRICT JUDGE